# Exhibit A

Hello Good Evening.

I am the mother of Angel David's son.

Referring to Angel David's case, let me say that He is a very humble charitable friendly man and above all kind with a noble heart, sometimes we think about one moment and not about what could happen in the future taking into account that he has gone through many things in his family since his mother has problems she is like a girl who is always very concerned about him since he is in jail her emotional state keeps changing and my son is always asking about him and I can't find an answer to tell him son your father is in jail. Taking into account that he doesn't know him but it is a love that he as father created in the Child, and that both he and I need him suddenly  everything is in your hands Angel for me has been the Best father and I think the best son in spite of his mother being how she is he has never had anything against her, and it would be wonderful for all of us who love him to see him again we would be very grateful to you in advance I would like to thank you very much in my support of him God Bless all of you.

Sincerely, Dayana Morazan

Hi I am Angel David's aunt May God Bless you all I hope you are all of good health and near your family members because family is something very special in life And Angel David has been a very special boy who has behaved very well as you know many boys in our Town travel to the United States due to the situation our poor country is in and the American dream leads them to make mistakes but they do these things there but here they don't do things like that here poverty leads them to make mistakes he has a son here in Honduras who doesn't know him don't you think that it would be quite lovely that he could come meet his son we live a poor life here Thanks to God we do not lack for our daily bread and God's mercy is large. I am sick with cancer and he would help me buy medicine and get treatment I ask you please to help him Thank you very much.
Sincerely: Etelinda Centeno.

Attorneys

I am writing you wishing you success in your daily work.

I am Angel David's grandmother and mother because here at our house we watched him grow up because his mother has a mental disability and many other things, what I want to say to you is that Angel is a humble and calm boy he is a son and a grandson at the same time I hope you will please help my boy Angelito. We are a very large family and we live a very poor life we are sick and elderly we do not work and we live off the help he has given us hoping that you understand Thank you

Sincerely: Angela Alvarado.

Certified Translation by Anna Kelsey, United States Court Certified
Interpreter #06-031. This is an accurate translation of the originals done to the best of my knowledge and ability.