SHAFFY MOEEL, ESQ.
Cal State SBN 238732
MOEEL LAW OFFICE
1611 Telegraph Ave, Suite 806
Oakland, California 94612
Telephone: (415) 735-5021
Email: shaffymoeel@gmail.com

BOERSCH & ILLOVSKY LLP
Matthew C. Dirkes (State Bar No. 255215)
matt@boersch-illovsky.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

*Attorneys for Defendant*
ANGEL DAVID CENTENO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 19CR0381-CRB |
| Plaintiff, | DEFENDANT'S RESPONSE TO GOVERNMENT'S SENTENCING MEMORANDUM |
| v. | |
| ANGEL DAVID CENTENO, | Hearing Date: August 11, 2020 |
| Defendant. | Time: 1:30 p.m. |

Defendant Angel Centeno respectfully submits this response to the government's sentencing memorandum. ECF No. 273.

Of the 12 defendants that the Court has sentenced in this case and the related case, 19cr0367, only three have received sentences longer than 10 months. ECF No. 272 at 6-7. The longest of those three was 15 months. *Ibid.* Nonetheless, the government now asks for a sentence of 63 months – more than four times higher than any sentence yet imposed in these cases – for defendant Angel Centeno. The government's stated basis for that remarkable sentencing disparity does not support it. The government's recommendation should be rejected in favor of a sentence commensurate with Mr. Centeno's conduct and the sentences imposed on the other defendants in these cases.

The government claims that a 63-month sentence is justified because Mr. Centeno "served as the right-hand man to Andy Reanos-Moreno, the leader" of the drug trafficking organization. ECF No. 273 at 1. But the government's factual basis for that characterization undermines it. Far from demonstrating that Mr. Centeno was a "lieutenant" to Reanos-Moreno, *id.* at 2, the government's description of the case reveals Mr. Centeno to be a delivery boy, a courier who, when ordered, picked up drugs from Reanos-Moreno, delivered them to sellers, and then returned any proceeds of the sales back to Reanos-Moreno. *Ibid.* ("Each day, . . . street-level dealers ordered drugs from Reanos-Moreno; Reanos-Moreno provided the drugs to Centeno who then delivered the orders to the houses."); *Id.* (describing Mr. Centeno's role as that of a "'runner' for the Reanos-Moreno DTO").

Those descriptions are consistent with the government's theory in the Complaint, in which government agents claimed that Mr. Centeno simply was a "runner working for Reanos-Moreno." ECF No. 1 at 49 ¶ 137. The government has repeated that description of Mr. Centeno in sentencing briefs filed against other defendants. *See*, *e.g.*, ECF No. 225 at 5 (describing Mr. Centeno as "Reanos-Moreno's drug runner").

Nowhere does the government claim that Mr. Centeno had any degree of autonomy from Reanos-Moreno or authority over the street-level dealers. He was an errand boy who did as he was told. *Cf. United States v. Webster*, 996 F.2d 209, 210, 211 (9th Cir. 1993) (defendant's role as "drug courier" made him eligible for a downward adjustment because of "the limited role in the drug trade

played by mules . . . ."). Mr. Centeno's role does not justify a five-year sentence, especially given that most of the other defendants who have been sentenced have received less than a year.

## CONCLUSION

For the reasons stated here and in his sentencing memorandum, Mr. Centeno requests a sentence of time served (one year in custody), followed by four years of supervised release.

Dated: August 4, 2020                       Respectfully submitted,

*/s/ Matthew C. Dirkes*
MATTHEW C. DIRKES
Attorney for Angel David Centeno

*/s/ Shaffy Moeel*
SHAFFY MOEEL
Attorney for Angel David Centeno